IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 10 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr18CWR-LRA

IRA E. MCGRUDER and                18 U.S.C. § 2119
DEMARIO C. WEBSTER                 18 U.S.C. § 924(c)(1)

**The Grand Jury Charges:**

COUNT 1

That on or about September 30, 2014, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **IRA E. MCGRUDER and DEMARIO C. WEBSTER**, aided and abetted by each other and others known and unknown to the Grand Jury, with the intent to cause death or serious bodily harm, did willfully take and attempt to take a motor vehicle that had been transported, shipped and received in interstate commerce, from the person and presence of another, by force and violence and by intimidation, that is, while possessing a handgun, did take a 2011 BMW model 750, bearing license plate number HXY 419, VIN: WBAKX6C59BC197134, in violation of Section 2119, Title 18, United States Code, and Section 2, Title 18, United States Code.

COUNT 2

That on or about September 30, 2014, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **IRA E. MCGRUDER and DEMARIO C. WEBSTER**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly brandish, use and carry a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking by

force, as prohibited by Section 2119, Title 18, United States Code, all in violation of Section 924(c)(1), and Section 2, Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 982(a)(5) and Section 924(d)(1), Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:


Foreperson of the Grand Jury


This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 10th day of March, 2016.

UNITED STATES MAGISTRATE JUDGE