**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                                                                **CAUSE NO. 3:16-CR-18-CWR-LGI-2**

**DEMARIO C. WEBSTER**                                                        **DEFENDANT**

## ORDER GRANTING IN PART UNITED STATES OF AMERICA'S MOTION [68] TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT

Before the Court is the United States of America's Motion [68], pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), requesting that the Court order the Bureau of Prisons to turn over $1,000.00 to the Clerk of Court from funds held in Demario C. Webster's inmate trust account as payment for the criminal monetary penalties, primarily restitution, imposed in this case. As set forth in the United States' Motion, the Bureau of Prisons maintains in its possession, custody, or control more than $1,000.00 in funds belonging to Webster that are currently in his inmate trust account.

The motion is well-taken and due to be granted in part. The Bureau of Prisons shall transfer $900.00 of Webster's funds to the Clerk of Court as partial payment towards the restitution imposed by this Court. This Court reminds Webster that, like most defendants, the remaining balance of restitution and the fine must be paid during his term of supervision. Failure to pay the remaining balance during that time may result in revocation.

THEREFORE, IT IS HEREBY ORDERED that the United States' Motion to Authorize Payment from Inmate Trust Account is GRANTED IN PART;

IT IS FURTHER ORDERED that the Bureau of Prisons shall turn over to the United States District Clerk of Court, 501 E. Court Street, Suite 2.500, Jackson, MS  39201, and the Clerk of Court shall accept $900.00 in funds currently held in the inmate trust account for the following inmate:

Demario C. Webster - Reg. No. 18373-043
Yazoo City Medium Federal Correctional Institution
P. O. Box 5000
Yazoo City, MS 39194

The Clerk of Court shall apply these funds as payment toward the restitution owed by

Defendant in this case.

**SO ORDERED**, this the 19th day of November, 2021.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE